**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6317**

---

JOSE JUAN GARCIA,

                              Plaintiff - Appellant,

      versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
RICHARD L. MERCE, Special Agent; STEPHEN
DEWALT, Warden,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-98-40-2)

---

Submitted: August 13, 1998       Decided: September 2, 1998

---

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jose Juan Garcia, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose Juan Garcia appeals the district court's order denying his request for a writ of mandamus pursuant to 12 U.S.C. § 1361 (1994), to compel the Immigration and Naturalization Service to commence deportation proceedings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Garcia v. INS</u>, No. CA-98-40-2 (E.D. Va. Jan. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>